**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Cathy A. Fennell
_____

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

Camden County Facility

Camden County C.O.
Mrs, or Ms. Littles

Pine Hill Police Dept.

New Jersey State troopers

_____

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name                  Cathy Fennell
               Street Address        413 N warwick Rd Apt 30 A
               County, City          Somerdale
               State & Zip Code      New Jersey 08083
               Telephone Number      856- 566-1119    Cell 856-993- 6728

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Camden County Facility
Street Address PO Box 90431
County, City Camden
State & Zip Code 08102    New Jersey

Defendant No. 2

Name Camden County CO Us or Mes Littles
Street Address P.O Box 90431
County, City Camden
State & Zip Code New Jersey    08102

Defendant No. 3

Name Pine Hill Police Dept
Street Address 45 W 7th Ave
County, City Pine Hill
State & Zip Code NJ    08021

Defendant No. 4

Name New Jersey State Troopers
Street Address 601 Main St.
County, City Belmar
State & Zip Code    New Jersey    07719

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Began at Pine Hill Police Dept ending up at the Camden County Facility_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _In Camden Jan 15, 2010 on Mechanic & Ross with State troopers Second time Pine Hill Police Dept leading me to Camden County Facility 8-15-16_

C.    Facts: _On Jan 15, 2010 was incarcerated got OR Jan 17, 2016 On Aug 15 2016 got incarcerated bail out on 9/23/16_

_On the first arrests 1-15-10 got arrested so they say for selling drugs. On 8-15-16 wish it's now six years later got caught up inside of a residence where I don't live nor rent after a consent to search was granted on a bodily warrant officers of Pine Hill Police Dept charged me with possession On 1-15-2010 was to be OR on the 16th of that month but was Not released until the 17th of the month. Taking in Camden County Facility by New State Troopers. On 8-15-16 Pine Hill Police Dept arrested I, Cathy Fennell were I than spend two months in Camden County Facility._

_In the arrest on 8-15-16 there is two other parties that are my Co-defendants. Emily Perez, Marvin U. is Name of second defendant Not sure of full Name. Street Name P._

_On the arrest made on 8-15-16 the only persons of interest that I can say seen this incident with me was my two Co-defendant and Pine Hill Police, also_

[Margin boxes: "What happened to you?", "Who did what?", "Was anyone else involved?", "Who else saw what happened?"]

-3-

their swad unit for serving warrants

IV.    Injuries: I went In with a bullet to my right foot and did not recieved any of my pain med I had in my custody.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Injuries related to the arrested on 1-15-10 was back, neck, and mentully injuries. Due to sleeping on the floor area.of Camden County Facility. On 8-15-16 injuries was worsened by sleeping on the floor at the Camden County Correctional Facility. I Cathy Fennell has CF suffer difficulties with my menstral causing me to continuosly see a OBGYN, I develope cise in my right wrist, my upper left bused. From Sleep on the floor for such long period of time I had continous bleeding that last longer than two weeks. also lumbur & verbra problems Only given mortrin for pain, seen doctor once, one e-ray.

V.    Relief: There was No treatment given to the point to relief my chronic consisting pain.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I Cathy Fennell would like to be compensate One for Pain & suffering for being wrongly arrested on 8-15-16. Secondy for last of wages from my place of employment. I miss out of a 2 month pay for being arrested. Along with other bill that I got behind in Coming to the amount $13500. Wages that was taken from my family which is my elderly mother, whom surported me finacially with her SSI, by putting the amount of $150 on my books every week. For the things that the Camden County Correctional facility could not and would not provide for me. Things like pads, toilet tissue, toothpaste and some times soap. Along with clean wash clothes and toles. I Cathy Fennell is Request that the State of New Jersey that is held accountable for Camden County Correctional Facility. Compensates me for the above complaint an moneys lost and spend.

-4-

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _13th_ day of _October_____, 20_16_.


Signature of Plaintiff _Caty Fennell_

Mailing Address _413 N Warwick Rd Apt 30A_

_Somerdale NJ 08083_


Telephone Number _856 - 566-1119_

Fax Number *(if you have one)*  _____

E-mail Address _GeriFennell19 @ gmail.Com_


Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.


Signature of Plaintiff: _Caty Fennell_